# Notice Recipients

District/Off: 0860−5   User: ruby   Date Created: 11/9/2010
Case: 5:10−bk−15753   Form ID: b18   Total: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
4468013   Federal Taxes

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust   U.S. Trustee (ust)   USTPRegion13.LR.ECF@usdoj.gov
tr    M. Randy Rice   randyrice2@sbcglobal.net
aty   Denise D. McMillan   dmcmillanlaw@windstream.net

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Travis Eugene Posey   6130 Mt Lebanon Rd.   New Edinburg, AR 71660
4468008   A T&T   P O Box 289   Paramus, NJ 07653
4468009   American Express   P O Box 94014   Palatine, IL 60094−4014
4468010   Bank of America   FIC Card Services   P O Box 15027   Wilmington, DE 19850−5027
4468011   Discover   P O Box 3007   New Albany, OH 43054−3007
4468012   EOS CCA   700 Longwater Drive   Washington, DC 20261
4468014   Firstsource   205 Bryant Woods South   Amherst, NY 14228
4468015   Fredrick J. Hanna and Assoc.,   1427 Roswell Rd.   Marietta, GA 30062
4468016   Hood &Stacy, P.A.   216 North Main Street   Bentonville, AR 72712
4468017   Hook &Stacy, P. A.   216 North Main Street   Bentonville, AR 72712
4468018   MOHELA   633 Spirit Drive   Chesterfield, MO 63005−1243
4468019   NCO Financial Systems Inc   507 Prudential Road   Horsham, PA 19044
4468020   Washington Mutual   Provisian Visa Card   P O Box 99604   Arlington, TX 76096−9604
4468021   Zwicker &Associates, P C   80 Minuteman Rd   Andover, MA 01810
4468022   Zwicker &Associates, P C   80 Minuteman Rd   Andover, MA 01810

TOTAL: 15